**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**

| | |
|---|---|
| **Lee Compton**, | ) |
| | ) |
| Plaintiff | ) |
| | ) **Case No.:** 4:22-cv-00331 |
| v. | ) |
| **John Does 1-10.** | ) |
| | ) |
| Defendants | ) |
| | ) |
| | ) |

## ORDER

Before the Court is Plaintiff Lee Compton's Motion for Leave to Take Discovery Pre-26(f) Conference (Dkt. #2).  The Court finds the motion should be granted.

It is therefore ORDERED that Plaintiff's Motion for Leave to Take Discovery Pre-26(f) Conference (Dkt. #2) is GRANTED, and Plaintiff shall be permitted to conduct discovery prior to the Rule 26(f) Conference.

**IT IS SO ORDERED**.

 SIGNED this 27th day of May, 2022.


_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE