UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 4:22-CV-00331

Name of party requesting extension: Celtic Insurance Company

Is this the first application for extension of time in this case?  ☑ Yes
☐ No

If no, please indicate which application this represents:
☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 07/17/2024

Number of days requested:  ☑ 30 days
☐ 15 days
☐ Other _____ days

New Deadline Date: 10/16/2024  *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Timothy P. Ribelin
State Bar No.: 24091055
Firm Name: Husch Blackwell LLP
Address: 111 Congress Avenue, Suite 1400
Austin, TX 78701-4093

Phone: (512) 479-5456
Fax: (512) 479-1101
Email: tim.ribelin@huschblackwell.com

A certificate of conference does not need to be filed with this unopposed application.